CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 29 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JO-EL JOHNSON TRENT, | ) | Civil Action No. 7:17-cv-00189 |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By:  Jackson L. Kiser |
| C/O THACKER, | ) | Senior United States District Judge |
| Defendant(s). | ) | |

Jo-El Johnson Trent, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered May 31, 2017, the court directed plaintiff to submit within 15 days from the date of the Order a certified copy of plaintiff's trust fund account statement signed by an appropriate trust officer as well as the required six-month statements. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 15 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 29th day of June, 2017.

/s/ Jackson L. Kiser
Senior United States District Judge